1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JANINE L. GRONEMAN,                    )
                                       )
                    Plaintiff,         )        Case No. 2:12-cv-01839-JCM-GWF
                                       )
vs.                                    )        **ORDER**
                                       )
SOCIAL SECURITY ADMINISTRATION,        )
                                       )
                    Defendant.         )
_____)

     This matter is before the Court on Plaintiff's Motion to Serve Party with Summons and Complaint (#11), filed December 27, 2012.  Plaintiff requests the court issue a summons to the United States Attorney for the District of Nevada and deliver the summons and complaint to the U.S. Marshal for service.  A return of service upon the United States Attorney of the Summons and Complaint was filed with the Court on January 16, 2013.  Accordingly,

     **IT IS ORDERED** that Plaintiff's Motion to Serve Party with Summons and Complaint (#11) is **denied,** as moot.

     DATED this 25th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge