# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANINE GRONEMAN,<br><br>          Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 2:12-cv-01839-APG-GWF<br><br>**Order Accepting Report and Recommendation and Remanding Case**<br><br>(Dkt. ## 20, 21, 22) |

On December 13, 2013, Magistrate Judge Foley entered his Report and Recommendation [Dkt. #20] recommending that Plaintiff's Motion for Reversal or Remand [Dkt. #20] be granted. Magistrate Judge Foley further recommended that Defendant's Cross-Motion to Affirm [Dkt. #21] be denied.  The government objected to Magistrate Judge Foley's Report and Recommendation.  I have conducted a de novo review of the issues set forth in the Report and Recommendation pursuant to Local Rule IB 3-2.  Magistrate Judge Foley's Report and Recommendation sets forth the proper legal analysis, and the factual bases, for the decision.  Rather than repeat them herein, I adopt them as my own. Therefore,

IT IS HEREBY ORDERED that Magistrate Judge Foley's Report and Recommendation [Dkt. #22] is ACCEPTED, Plaintiff's Motion for Reversal or Remand [Dkt. #20] is GRANTED, Defendant's Cross-Motion to Affirm [Dkt. #21] is DENIED, and this case is REMANDED to the Social Security Administration for the payment of disability benefits to the Plaintiff

IT IS FURTHER ORDERED that Plaintiff shall pay the filing fees in this matter upon the receipt of the payment of past due benefits.

Dated:  February 20, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE