AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Janine L Groneman

Plaintiff,

V.

Michael J. Astrue

Defendant.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:12-cv-01839-APG-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff Janine L. Groneman's attorney, Marc V. Kalagian, is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $19,288.00. FURTHER ORDERED that Marc V. Kalagian shall reimburse plaintiff Janine L. Groneman the amount of $3,500.00 for EAJA fees previously paid by the Commissioner.

January 6, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ S. Denson

(By) Deputy Clerk